```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                                   Case No. 13-51908-CN
Bora Akkaya                                                              Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0971-5         User: nortiz            Page 1 of 2               Date Rcvd: Apr 03, 2013
                             Form ID: B9A            Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2013.
```
db         +Bora Akkaya,    7653 Braid Court,    Gilroy, CA 95020-3045
smg        +State Board of Equalization,    Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,
             Sacramento, CA 94279-0001
13185062   +AB Produce,    299 Lawrence Ave,    South San Francisco, CA 94080-6818
13185064   +Alsco,    2275 Junction Ave,    San Jose, CA 95131-1211
13185066   +B. Gundogdu,    1501 Ralston Ave, Apt 304,    Burlingame, CA 94010-5156
13185070   +Clark Pest Control,    199 Topaz,    Milpitas, CA 95035-5430
13185072    Pacific Gas & Electric,    P.O. Box 997340,    Sacramento, CA 95899-7340
13185073   +Primize Foods,    23840 Foley St,    Hayward, CA 94545-1619
13185074   ++++SUPERIOR COURT OF CALIFORNIA,    CASE 1-11-CV-209916,    191 N 1ST ST STE A,
             SAN JOSE CA 95113-1006
            (address filed with court: Superior Court of California,    191 N. First Street,
             Case 1-11-CV-209916,    San Jose, CA 95113)
13185075   +Superior Financial Group,    165 Lennon Ln Ste 101,    Walnut Creek, CA 94598-2409
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: mail@rustarmenis.com Apr 04 2013 02:57:12     Scott D. Schwartz,
             Rust, Armenis and Schwartz,    244 Jackson St 4th Fl,    San Francisco, CA 94111
tr         +EDI: BFHJELMESET.COM Apr 04 2013 02:33:00      Fred Hjelmeset,    P.O.Box 4188,
             Mountain View, CA 94040-0188
smg         EDI: EDD.COM Apr 04 2013 02:33:00      CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
             P.O. Box 826880,    Sacramento, CA 94280-0001
smg         EDI: CALTAX.COM Apr 04 2013 02:33:00      CA Franchise Tax Board,    Attn: Special Procedures,
             P.O. Box 2952,    Sacramento, CA 95812-2952
smg         EDI: IRS.COM Apr 04 2013 02:33:00      IRS,   P.O. Box 7346,    Philadelphia, PA 19101-7346
ust         E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Apr 04 2013 03:03:34
             Office of the U.S. Trustee / SJ,    U.S. Federal Bldg.,    280 S 1st St. #268,
             San Jose, CA 95113-3004
13185063   +EDI: MERRICKBANK.COM Apr 04 2013 02:33:00      Advanta Bk,    Welsh and McKean Roads,
             P.O. Box 844,    Spring House, PA 19477-0844
13185065   +EDI: AMEREXPR.COM Apr 04 2013 02:33:00      American Express,    American Express Special Research,
             P.O. Box 981540,    El Paso, TX 79998-1540
13185067   +EDI: CAPITALONE.COM Apr 04 2013 02:33:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
             P.O. Box 30285,    Salt Lake City, UT 84130-0285
13185068   +EDI: CHASE.COM Apr 04 2013 02:33:00      Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
13185069   +EDI: CITICORP.COM Apr 04 2013 02:33:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
             P.O. Box 20507,    Kansas City, MO 64195-0507
13185071   +EDI: DISCOVER.COM Apr 04 2013 02:33:00      Discover Fin Svcs Llc,    P.O. Box 15316,
             Wilmington, DE 19850-5316
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13185061     AB Produce
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 05, 2013**           **Signature:** *Joseph Speetjens*

```
District/off: 0971-5           User: nortiz              Page 2 of 2                Date Rcvd: Apr 03, 2013
                               Form ID: B9A              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2013 at the address(es) listed below:
          Fred Hjelmeset   fhtrustee@gmail.com, CA90@ecfcbis.com
          Office of the U.S. Trustee / SJ   USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
          Scott D. Schwartz   on behalf of Debtor Bora Akkaya mail@rustarmenis.com
                                                                                               TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/2/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors -- Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Bora Akkaya
7653 Braid Court
Gilroy, CA 95020

| Case Number: <br> 13–51908 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.: <br> xxx–xx–8926 |
|---|---|
| Attorney for Debtor(s) (name and address): <br> Scott D. Schwartz <br> Rust, Armenis and Schwartz <br> 244 Jackson St 4th Fl <br> San Francisco, CA 94111 <br> Telephone number: (415)765–5910 | Bankruptcy Trustee (name and address): <br> Fred Hjelmeset <br> P.O.Box 4188 <br> Mountain View, CA 94040 <br> Telephone number: (650)386–5634 <br> Email: fhtrustee@gmail.com |

### Meeting of Creditors

Date: **May 7, 2013**          Time: **08:30 AM**
Location: **U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/8/13**

### Deadline to Object to Exemptions:
If this case has been converted, a new deadline to object to exemptions arises unless: (1) the conversion took place more than one year after a plan was first confirmed, or (2) the deadline had previously expired while the case pending under Chapter 7.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** <br> 280 South First Street <br> Room 3035 <br> San Jose, CA 95113 <br> Telephone number: 408–278–7500 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Gloria L. Franklin |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 4/3/13 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––